**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSEPH RYAN BLAIR,                                                                                     PLAINTIFF
ADC #127526

v.                                              No. 4:15CV00641 JLH/JTR

ANDY SHOCK, Commissioner,
Arkansas Parole Board, et al.                                                                     DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Blair may proceed with his: (a) failure to protect claim against McKendree and Roper, in their individual capacities only; and (b) inadequate medical care claim against Saxton, in his individual capacity only.

2. The Clerk is directed to prepare a summons for McKendree, Roper, and Saxton. The U.S. Marshal is directed to serve the summons, substituted complaint, and this Order on them without prepayment of fees and costs or security therefor. If any of the defendants are no longer Faulkner County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

3. All other claims and defendants are dismissed without prejudice for failing to state a claim upon which relief may be granted.

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 29th day of December, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE