**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSEPH RYAN BLAIR, ADC #127526                                                              PLAINTIFF

v.                                      No. 4:15CV00641 JLH/JTR

TERRY ROPER, Corporal,
Faulkner County Sheriff's Office, et al.                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Blair's motion for a preliminary injunction is denied. Document #36.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 22nd day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE